```
                               United States Bankruptcy Court
                                      District of Oregon
In re:                                                                     Case No. 09-30204-rld
Russel Douglas Robbins                                                     Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0979-3          User: batina                  Page 1 of 2                  Date Rcvd: May 19, 2015
                              Form ID: pdf018               Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2015.
db           +Russel Douglas Robbins,    19623 SW Sharoaks Drive,    Beaverton, OR 97003-2768
cr           +American Home Mortgage Servicing Inc,    4600 Regent Boulevard, Suite 200,
               Irving, TX 75063-2478
98053579     +AMERICAN HOME MORTGAGE    SERVICING, INC.,    PO Box 631730,    Irving, TX 75063-0002
98070556     +AMERICAN HOME MORTGAGE SERVICING,INC.,    4600 REGENT BLVD SUITE 200,    IRVING, TEXAS 75063-2478
98053580     +Apex Financial Management LLC,    c/o Corp Svc Co RA,    285 Liberty St NE,    Salem OR 97301-3865
98053582     +Barclays Bank Deleware,    125 S West St,    Wilmington, DE 19801-5014
98097383    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank (USA), N.A.,    C/O Tsys Debt Management (Tdm),
               PO BOX 5155,    NORCROSS, GA  30091)
98053598    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
               (address filed with court: WAMU,    POB 660487,    Dallas, TX  75266-0487)
98053583     +Capital One Bank,    POB 60024,    City Of Industry, CA 91716-0024
98053584     +Capital One Bank (USA), N.A.,    C/O Rich Fairbank, CEO,    1680 Capital One Drive,
               McLean, VA 22102-3407
98053586     +Derrick E McGavick,    POB 10228,    Eugene, OR 97440-2228
98053590     +MAXIMUM RECOVERY SOLUTIONS, INC.,    10101 HARWIN SUITE 260,    HOUSTON, TX 77036-1688
98129994     +NW Natural,    220 NW 2nd Ave,    Portland OR 97209-3991
98053592     +NW Natural,    POB 6017,    Portland, OR 97228-6017
98053594    ++OPTION ONE MORTGAGE CORPORATION,    6501 IRVINE CENTER DR,    IRVINE CA 92618-2133
               (address filed with court: Option One Mortgage Corporation,    C/O Robert Dubrish President,
               3 Ada,    Irvine CA  92618)
98053596     +Tualatin Valley Water District,    1850 SW 170th Ave,    Beaverton, OR 97003-4211
98053599     +Washington County Circuit Court,    145 NE 2nd Ave,    Hillsboro, OR 97124-3071
98053600     +Washington County Tax & Assessment,    C/O Richard Hobernicht, Director,    155 N 1st Ave Rm 130,
               Hillsboro, OR 97124-3001
98134696      eCAST Settlement Corporation assignee of Capital,    One Bank,    POB 35480,
               Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
98132303     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 20 2015 01:33:49
               Asset Acceptance LLC/Assignee HSBC Bank Nevada N.A,    PO Box 2036,    Warren MI 48090-2036
98053581     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 20 2015 01:33:49      Asset Acceptance, LLC,
               POB 2036,    Warren, MI 48090-2036
98053587     +E-mail/Text: banko@fidelitycollectionsvc.com May 20 2015 01:33:52
               Fidelity Collection Service,    POB 429,    Hillsboro, OR 97123-0429
98053589      E-mail/Text: cio.bncmail@irs.gov May 20 2015 01:33:34      IRS,    POB 21126,
               Philadelphia, PA  19114
98053591     +E-mail/Text: bankruptcydepartment@ncogroup.com May 20 2015 01:33:58
               NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
98113438     +E-mail/Text: bknotice@ncmllc.com May 20 2015 01:33:57      National Capital Management, LLC,
               Successor to Barclays Bank Delaware,    8245 Tournament Drive,    Suite 230,
               Memphis, TN 38125-1741
98072247      E-mail/Text: bankruptcy.revenue@oregon.gov May 20 2015 01:33:24      ODR Bkcy,
               955 Center St NE,    Salem OR 97301-2555
98053593      E-mail/Text: bankruptcy.revenue@oregon.gov May 20 2015 01:33:24      ODR-Bkcy,
               955 Center NE #353,    Salem, OR  97301-2555
98079178     +E-mail/PDF: Credit.Approvals@pgn.com May 20 2015 01:25:14      PGE,    7800 SW Mohawk St,
               Tualatin OR 97062-9192
98053595     +E-mail/PDF: Credit.Approvals@pgn.com May 20 2015 01:25:14      PGE,    POB 4438,
               Portland, OR 97208-4438
98095413      E-mail/PDF: rmscedi@recoverycorp.com May 20 2015 01:24:55
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
98142144      E-mail/PDF: resurgentbknotifications@resurgent.com May 20 2015 01:25:13
               Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
98092457     +E-mail/PDF: pa_dc_claims@navient.com May 20 2015 01:25:13      Sallie Mae Servicing,
               1002 Arthur Drive,    Lynn Haven, FL 32444-1683
98053597     +E-mail/Text: bankruptcynotifications@unitusccu.com May 20 2015 01:33:28      Unitus Credit Union,
               C/O Patricia Smith, President & CEO,    1300 SW 6th Ave,    Portland, OR 97201-3527
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
98053585    ##+Creditor Recovery Corporation,    24100 El Toro Road Ste D-328,    Laguna Woods, CA 92637-3129
98053588    ##HSBC,    POB 60102,    City Of Industry, CA  91716-0102
98126469    ##+Sallie Mae Inc. on behalf of,    Educational Credit Mgmt Corp/VA,    ECMC,    Lockbox 8682,
               P.O. Box 75848,    St. Paul, MN 55175-0848
                                                                                   TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

Case 09-30204-rld7    Doc 58    Filed 05/21/15

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2015                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2015 at the address(es) listed below:
NONE.                                                                                                           TOTAL: 0

Below is an Order of the Court.

_Randall L. Dunn_
RANDALL L. DUNN
U.S. Bankruptcy Judge

ORC (8/19/08) bdw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Russel Douglas Robbins**
Debtor(s)

Case No. **09-30204-rld13**

ORDER REOPENING CASE;
TRUSTEE REAPPOINTMENT

It appearing this case was closed upon the approval of the trustee's final account and report, and now a motion has been filed to reopen the case as there may be additional assets for possible distribution,

**IT IS ORDERED** that this case be reopened for further administration, and all reopening/filing fees have been paid.

**NOTICE IS GIVEN** that as a result of this order certain acts and proceedings against each debtor and debtor's property are again stayed as provided in 11 USC §362(a).

U.S. BANKRUPTCY COURT

###

13 RLD

Wayne Godare, is hereby appointed trustee of the above named debtor's Chapter 7 estate. The trustee's bond will be the blanket bond on file with the U.S. Bankruptcy Court Clerk.

UNITED STATES TRUSTEE