Below is an Order of the Court.

RANDALL L. DUNN
U.S. Bankruptcy Judge

O13to7e (12/1/14) bdw

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
**Russel Douglas Robbins**
Debtor(s)

Case No. **09–30204–rld13**

ORDER CONVERTING CHAPTER 13 CASE TO CASE UNDER CHAPTER 7; TRUSTEE APPOINTMENT

A motion having been filed to convert the Chapter 13 case, and it appearing conversion is appropriate,

**IT IS ORDERED** that, unless the case has already been converted upon debtor(s)' 11 USC §1307(a) motion, this case is converted to a case under Chapter 7 of United States Code Title 11.

**IT IS FURTHER ORDERED** that:

1. (*If case in Chapter 13 more than 180 days before this conversion*) The debtor(s) must file:

   a. Within 14 days of the above "FILED" date: (1) A complete set of Schedules detailing the debtor(s)' status as of this conversion date; (2) an Official Form B22A–1 detailing the debtor(s)' status as of the case filing date; and (3) a separate Mailing List, following Local Form #104, listing only new creditors whose unpaid debts were incurred after filing of the Chapter 13 Petition and before this conversion date.

   b. If the debtor is an individual, within 30 days of the above "FILED" date: Local Form #521.05 detailing the debtor(s)' status as of this conversion date.

2. *(If case in Chapter 13 180 days or less)* The debtor(s) must file:

   a. Within 14 days of the above "FILED" date: (1) A Declaration, under penalty of perjury, stating that all previously filed Schedules and any amendments thereto substatially reflect the condition of the debtor(s) and the estate on this conversion date; and (2) an Official Form B22A–1 detailing the debtor(s)' status as of the case filing date.

   b. If the debtor is an individual, within 30 days of the above "FILED" date: Local Form #521.05 detailing the debtor(s)' status as of this conversion date.

3. The Chapter 13 trustee shall, upon filing the final report and account required by the UST and without further court order, be discharged as trustee of the debtor's estate.

4. Any previously entered order directing Chapter 13 payments to a Trustee is now terminated, and the debtor(s)' employer (or other named party) should discontinue making payments to the trustee.

5. IT IS FURTHER ORDERED that any discharge order previously entered in this case is hereby vacated.

### 

Rodolfo Camacho, PO Box 13897, Salem OR 97309, is appointed interim trustee of this estate. The trustee's bond shall be the blanket bond on file with the U.S. Bankruptcy Court Clerk.

UNITED STATES TRUSTEE