In re:  
Russel Douglas Robbins  
    Debtor

Case No. 09-30204-rld  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0979-3     User: batina     Page 1 of 2     Date Rcvd: Jul 10, 2015  
                         Form ID: pdf018     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2015.

```
db             +Russel Douglas Robbins,    19623 SW Sharoaks Drive,    Beaverton, OR 97003-2768
cr             +American Home Mortgage Servicing Inc,    4600 Regent Boulevard, Suite 200,
                 Irving, TX 75063-2478
98053579       +AMERICAN HOME MORTGAGE    SERVICING, INC.,    PO Box 631730,    Irving, TX 75063-0002
98070556       +AMERICAN HOME MORTGAGE SERVICING,INC.,     4600 REGENT BLVD SUITE 200,    IRVING, TEXAS 75063-2478
98053580       +Apex Financial Management LLC,    c/o Corp Svc Co RA,    285 Liberty St NE,    Salem OR 97301-3865
98053582       +Barclays Bank Deleware,    125 S West St,    Wilmington, DE 19801-5014
98097383      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank (USA), N.A.,    C/O Tsys Debt Management (Tdm),
                 PO BOX 5155,     NORCROSS, GA   30091)
98053598      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court: WAMU,    POB 660487,    Dallas, TX  75266-0487)
98053583       +Capital One Bank,    POB 60024,    City Of Industry, CA 91716-0024
98053584       +Capital One Bank (USA), N.A.,    C/O Rich Fairbank, CEO,    1680 Capital One Drive,
                 McLean, VA 22102-3407
98053586       +Derrick E McGavick,    POB 10228,    Eugene, OR 97440-2228
98053590       +MAXIMUM RECOVERY SOLUTIONS, INC.,    10101 HARWIN SUITE 260,    HOUSTON, TX 77036-1688
98129994       +NW Natural,    220 NW 2nd Ave,    Portland OR 97209-3991
98053592       +NW Natural,    POB 6017,    Portland, OR 97228-6017
98053594      ++OPTION ONE MORTGAGE CORPORATION,    6501 IRVINE CENTER DR,    IRVINE CA 92618-2133
                (address filed with court: Option One Mortgage Corporation,    C/O Robert Dubrish President,
                 3 Ada,    Irvine CA  92618)
98053596       +Tualatin Valley Water District,    1850 SW 170th Ave,    Beaverton, OR 97003-4211
98053599       +Washington County Circuit Court,    145 NE 2nd Ave,    Hillsboro, OR 97124-3071
98053600       +Washington County Tax & Assessment,    C/O Richard Hobernicht, Director,    155 N 1st Ave Rm 130,
                 Hillsboro, OR 97124-3001
98134696        eCAST Settlement Corporation assignee of Capital,    One Bank,    POB 35480,
                 Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
98132303       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 11 2015 00:36:53
                 Asset Acceptance LLC/Assignee HSBC Bank Nevada N.A,    PO Box 2036,    Warren MI 48090-2036
98053581       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 11 2015 00:36:53     Asset Acceptance, LLC,
                 POB 2036,    Warren, MI 48090-2036
98053587       +E-mail/Text: banko@fidelitycollectionsvc.com Jul 11 2015 00:36:55
                 Fidelity Collection Service,    POB 429,    Hillsboro, OR 97123-0429
98053589        E-mail/Text: cio.bncmail@irs.gov Jul 11 2015 00:36:42     IRS,    POB 21126,
                 Philadelphia, PA  19114
98053591       +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 11 2015 00:37:01
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
98113438       +E-mail/Text: bknotice@ncmllc.com Jul 11 2015 00:36:59     National Capital Management, LLC,
                 Successor to Barclays Bank Delaware,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
98072247        E-mail/Text: bankruptcy.revenue@oregon.gov Jul 11 2015 00:36:32     ODR Bkcy,
                 955 Center St NE,    Salem OR 97301-2555
98053593        E-mail/Text: bankruptcy.revenue@oregon.gov Jul 11 2015 00:36:32     ODR-Bkcy,
                 955 Center NE #353,    Salem, OR  97301-2555
98079178       +E-mail/PDF: Credit.Approvals@pgn.com Jul 11 2015 00:43:32     PGE,    7800 SW Mohawk St,
                 Tualatin OR 97062-9192
98053595       +E-mail/PDF: Credit.Approvals@pgn.com Jul 11 2015 00:43:32     PGE,    POB 4438,
                 Portland, OR 97208-4438
98095413        E-mail/PDF: rmscedi@recoverycorp.com Jul 11 2015 00:43:30
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
98142144        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2015 00:43:00
                 Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
98092457       +E-mail/PDF: pa_dc_claims@navient.com Jul 11 2015 00:43:15     Sallie Mae Servicing,
                 1002 Arthur Drive,    Lynn Haven, FL 32444-1683
98053597       +E-mail/Text: bankruptcynotifications@unitusccu.com Jul 11 2015 00:36:36     Unitus Credit Union,
                 C/O Patricia Smith, President & CEO,    1300 SW 6th Ave,    Portland, OR 97201-3527
                                                                                               TOTAL: 14
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
98053585      ##+Creditor Recovery Corporation,    24100 El Toro Road Ste D-328,    Laguna Woods, CA 92637-3129
98053588      ##HSBC,    POB 60102,    City Of Industry, CA  91716-0102
98126469      ##+Sallie Mae Inc. on behalf of,    Educational Credit Mgmt Corp/VA,    ECMC,    Lockbox 8682,
                 P.O. Box 75848,    St. Paul, MN 55175-0848
                                                                                    TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2015 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

Below is an Order of the Court.

*[signature]*
RANDALL L. DUNN
U.S. Bankruptcy Judge

O13to7e (12/1/14) bdw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Russel Douglas Robbins**
Debtor(s)

Case No. **09–30204–rld13**

ORDER CONVERTING CHAPTER 13
CASE TO CASE UNDER CHAPTER 7;
TRUSTEE APPOINTMENT

A motion having been filed to convert the Chapter 13 case, and it appearing conversion is appropriate,

**IT IS ORDERED** that, unless the case has already been converted upon debtor(s)' 11 USC §1307(a) motion, this case is converted to a case under Chapter 7 of United States Code Title 11.

**IT IS FURTHER ORDERED** that:

1. (*If case in Chapter 13 more than 180 days before this conversion*) The debtor(s) must file:

    a. Within 14 days of the above "FILED" date: (1) A complete set of Schedules detailing the debtor(s)' status as of this conversion date; (2) an Official Form B22A–1 detailing the debtor(s)' status as of the case filing date; and (3) a separate Mailing List, following Local Form #104, listing only new creditors whose unpaid debts were incurred after filing of the Chapter 13 Petition and before this conversion date.

    b. If the debtor is an individual, within 30 days of the above "FILED" date: Local Form #521.05 detailing the debtor(s)' status as of this conversion date.

2. *(If case in Chapter 13 180 days or less)* The debtor(s) must file:

    a. Within 14 days of the above "FILED" date: (1) A Declaration, under penalty of perjury, stating that all previously filed Schedules and any amendments thereto substatially reflect the condition of the debtor(s) and the estate on this conversion date; and (2) an Official Form B22A–1 detailing the debtor(s)' status as of the case filing date.

    b. If the debtor is an individual, within 30 days of the above "FILED" date: Local Form #521.05 detailing the debtor(s)' status as of this conversion date.

3. The Chapter 13 trustee shall, upon filing the final report and account required by the UST and without further court order, be discharged as trustee of the debtor's estate.

4. Any previously entered order directing Chapter 13 payments to a Trustee is now terminated, and the debtor(s)' employer (or other named party) should discontinue making payments to the trustee.

5. IT IS FURTHER ORDERED that any discharge order previously entered in this case is hereby vacated.

###

Rodolfo Camacho, PO Box 13897, Salem OR 97309, is appointed interim trustee of this estate. The trustee's bond shall be the blanket bond on file with the U.S. Bankruptcy Court Clerk.

UNITED STATES TRUSTEE