```
                                   United States Bankruptcy Court
                                          District of Oregon

In re:                                                                   Case No. 09-30204-rld
Russel Douglas Robbins                                                   Chapter 7
           Debtor                       CERTIFICATE OF NOTICE
District/off: 0979-3           User: pj                     Page 1 of 2                    Date Rcvd: Jul 30, 2015
                               Form ID: OFT                 Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2015.
db             +Russel Douglas Robbins,    19623 SW Sharoaks Drive,     Beaverton, OR 97003-2768
smg            +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                 Salem, OR 97309-5013
smg            +US Attorney General,    Department of Justice,    10th & Constitution NW,
                 Washington, DC 20530-0001
cr             +American Home Mortgage Servicing Inc,     4600 Regent Boulevard, Suite 200,
                 Irving, TX 75063-2478
98053579       +AMERICAN HOME MORTGAGE   SERVICING, INC.,     PO Box 631730,    Irving, TX 75063-0002
98070556       +AMERICAN HOME MORTGAGE SERVICING,INC.,     4600 REGENT BLVD SUITE 200,    IRVING, TEXAS 75063-2478
98053580       +Apex Financial Management LLC,    c/o Corp Svc Co RA,    285 Liberty St NE,    Salem OR 97301-3865
98053586       +Derrick E McGavick,    POB 10228,   Eugene, OR 97440-2228
101022975      +First American Bank,    c/o John B. Ward, President,    356 West Armitage Avenue,
                 Chicago, IL 60614-4739
101022976       JPMorgan Chase Bank,    PO Box 901003,    Fort Worth, TX 76101-2003
98053590       +MAXIMUM RECOVERY SOLUTIONS, INC.,     10101 HARWIN SUITE 260,    HOUSTON, TX 77036-1688
98129994       +NW Natural,   220 NW 2nd Ave,    Portland OR 97209-3991
98053592       +NW Natural,   POB 6017,    Portland, OR 97228-6017
101022978      #Navient,   300 Continental Drive,    Newark, DE 19713-4322
101022981     ++ONPOINT COMMUNITY CREDIT UNION,     PO BOX 3750,    PORTLAND OR 97208-3750
               (address filed with court: OnPoint Community Credit Union,      Member Services,    PO Box 3750,
                 Portland, OR 97208)
98053594      ++OPTION ONE MORTGAGE CORPORATION,     6501 IRVINE CENTER DR,    IRVINE CA 92618-2133
               (address filed with court: Option One Mortgage Corporation,      C/O Robert Dubrish President,
                 3 Ada,    Irvine CA  92618)
101022980      +Ocwen Loan Servicing,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
101022982      +Payco,   585 Main Street,    Johnson City, NY 13790-1811
101022983      +Portland State University,    1825 SW Broadway,    Portland, OR 97201-3256
101022984      +Sallie Mae,   300 Continental Drive,    Newark, DE 19713-4355
98053596       +Tualatin Valley Water District,    1850 SW 170th Ave,    Beaverton, OR 97003-4211
98053599       +Washington County Circuit Court,     145 NE 2nd Ave,    Hillsboro, OR 97124-3071
98053600       +Washington County Tax & Assessment,     C/O Richard Hobernicht, Director,    155 N 1st Ave Rm 130,
                 Hillsboro, OR 97124-3001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usaor.bankruptcy@usdoj.gov Jul 31 2015 00:15:09      US Attorney,    US Attorney,
                 1000 SW 3rd Ave #600,    Portland, OR 97204-2936
98132303       +EDI: ACCE.COM Jul 31 2015 00:13:00      Asset Acceptance LLC/Assignee HSBC Bank Nevada N.A,
                 PO Box 2036,    Warren MI 48090-2036
98053581       +EDI: ACCE.COM Jul 31 2015 00:13:00      Asset Acceptance, LLC,    POB 2036,
                 Warren, MI 48090-2036
101022970       EDI: BANKAMER.COM Jul 31 2015 00:13:00     Bank of America,     PO Box 982234,
                 El Paso, TX 79998-2234
101022971       EDI: TSYS2.COM Jul 31 2015 00:13:00     Barclays Bank Delaware,     PO Box 8803,
                 Wilmington, DE 19899-8803
98053582       +EDI: TSYS2.COM Jul 31 2015 00:13:00      Barclays Bank Deleware,    125 S West St,
                 Wilmington, DE 19801-5014
98097383        EDI: CAPITALONE.COM Jul 31 2015 00:13:00      Capital One Bank (USA), N.A.,
                 C/O Tsys Debt Management (Tdm),    PO BOX 5155,    NORCROSS, GA  30091
98053598        EDI: CHASE.COM Jul 31 2015 00:13:00     WAMU,     POB 660487,    Dallas, TX  75266-0487
101022972       EDI: CAPITALONE.COM Jul 31 2015 00:13:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
101022973       EDI: CAPITALONE.COM Jul 31 2015 00:13:00      Capital One,    PO Box 5253,
                 Carol Stream, IL 60197-5253
98053583       +EDI: CAPITALONE.COM Jul 31 2015 00:13:00      Capital One Bank,    POB 60024,
                 City Of Industry, CA 91716-0024
98053584       +EDI: CAPITALONE.COM Jul 31 2015 00:13:00      Capital One Bank (USA), N.A.,
                 C/O Rich Fairbank, CEO,    1680 Capital One Drive,    McLean, VA 22102-3407
101022974       EDI: DISCOVER.COM Jul 31 2015 00:13:00      Discover,    PO Box 29033,    Phoenix, AZ 85038-9033
98053587       +E-mail/Text: banko@fidelitycollectionsvc.com Jul 31 2015 00:14:39
                 Fidelity Collection Service,    POB 429,    Hillsboro, OR 97123-0429
98053588        EDI: HFC.COM Jul 31 2015 00:13:00     HSBC,    POB 60102,    City Of Industry, CA  91716-0102
98053589        EDI: IRS.COM Jul 31 2015 00:13:00     IRS,    POB 21126,    Philadelphia, PA  19114
101022977       EDI: TSYS2.COM Jul 31 2015 00:13:00     Macy's,     PO Box 689195,    Des Moines, IA 50368-9195
98053591       +E-mail/Text: egssupportservices@egscorp.com Jul 31 2015 00:14:44
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
98113438       +E-mail/Text: bknotice@ncmllc.com Jul 31 2015 00:14:43      National Capital Management, LLC,
                 Successor to Barclays Bank Delaware,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
101022979       E-mail/Text: bnc@nordstrom.com Jul 31 2015 00:14:18      Nordstrom,
                 Attn: Blake W. Nordstron, CEO,    1617 Sixth Avenue,    Seattle, WA 98101-1707
98072247        EDI: ORREV.COM Jul 31 2015 00:13:00     ODR Bkcy,     955 Center St NE,    Salem OR 97301-2555
98053593        EDI: ORREV.COM Jul 31 2015 00:13:00     ODR-Bkcy,     955 Center NE #353,    Salem, OR  97301-2555
98079178       +E-mail/PDF: Credit.Approvals@pgn.com Jul 31 2015 00:19:51      PGE,    7800 SW Mohawk St,
                 Tualatin OR 97062-9192
```

```
District/off: 0979-3           User: pj                  Page 2 of 2              Date Rcvd: Jul 30, 2015
                               Form ID: OFT              Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
98053595       +E-mail/PDF: Credit.Approvals@pgn.com Jul 31 2015 00:19:51      PGE,    POB 4438,
                 Portland, OR 97208-4438
98095413        EDI: RECOVERYCORP.COM Jul 31 2015 00:13:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
98142144        EDI: RESURGENT.COM Jul 31 2015 00:13:00      Roundup Funding, LLC,    MS 550,   PO Box 91121,
                 Seattle, WA 98111-9221
101022984      +EDI: SALLIEMAEBANK.COM Jul 31 2015 00:13:00      Sallie Mae,    300 Continental Drive,
                 Newark, DE 19713-4355
98092457       +EDI: NAVIENTFKASMSERV.COM Jul 31 2015 00:13:00      Sallie Mae Servicing,    1002 Arthur Drive,
                 Lynn Haven, FL 32444-1683
101022985       EDI: SEARS.COM Jul 31 2015 00:13:00      Sears,    PO Box 6282,   Sioux Falls, SD 57117-6282
101022986       EDI: USBANKARS.COM Jul 31 2015 00:13:00      US Bank,    PO Box 790167,
                 Saint Louis, MO 63179-0167
98053597       +E-mail/Text: bankruptcynotifications@unitusccu.com Jul 31 2015 00:14:14      Unitus Credit Union,
                 C/O Patricia Smith, President & CEO,    1300 SW 6th Ave,    Portland, OR 97201-3527
98134696        EDI: ECAST.COM Jul 31 2015 00:13:00      eCAST Settlement Corporation assignee of Capital,
                 One Bank,    POB 35480,   Newark NJ 07193-5480
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           ODR Bkcy,    955 Center NE #353,    Salem, OR  97301-2555
98053585       ##+Creditor Recovery Corporation,    24100 El Toro Road Ste D-328,    Laguna Woods, CA 92637-3129
98126469        ##Sallie Mae Inc. on behalf of,    Educational Credit Mgmt Corp/VA,    ECMC,   Lockbox 8682,
                 P.O. Box 75848,    St. Paul, MN 55175
                                                                                              TOTALS: 0, * 1, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2015                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2015 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

| | UNITED STATES BANKRUPTCY COURT  
District of Oregon | U.S. BANKRUPTCY COURT  
DISTRICT OF OREGON  
**F I L E D** |

In re  
**Russel Douglas Robbins**  
Debtor(s)

) Case No. **09–30204–rld7**  
)  
) ORDER AND NOTICE  
) OF TIME TO FILE CLAIMS  
)  
)

July 30, 2015  
Clerk, U.S. Bankruptcy Court  
BY DEPUTY

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **10/30/15** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim at www.orb.uscourts.gov. Under the "Information for Creditors" heading, click on File a Proof of Claim and follow the steps to create and electronically file a proof of claim on the required form. No ECF login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.